NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## MISCELLANEOUS DOCKET NO. 912

## IN RE BRIDGEPORT FITTINGS, INC.,

Petitioner.

On petition for writ of mandamus to the United States District Court for the Middle District of Pennsylvania in case no. 3:01-cv-0485, Judge Christopher C. Conner.

## ON PETITION FOR WRIT OF MANDAMUS

Before LOURIE, FRIEDMAN, and PROST, Circuit Judges.

LOURIE, Circuit Judge.

## O R D E R

Bridgeport Fittings, Inc. petitions for a writ of mandamus to direct the United States District Court for the Middle District of Pennsylvania to grant summary judgment in its favor. Bridgeport also moves for this court to stay the district court's trial, which is scheduled to begin on September 14, 2009.

Upon consideration of the papers submitted, the court determines that Bridgeport has not shown clear entitlement to the relief sought.

Accordingly,

IT IS ORDERED THAT:

(1)     The petition for a writ of mandamus is denied.

(2)     The motion to stay the district court's trial is denied.

FOR THE COURT

SEP 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Alan M. Anderson, Esq.
        Auzville Jackson, Jr., Esq.
        Robert J. Tribeck, Esq.
        U.S. District Court, Judge

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK